# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

**Sandra J. Mullineaux**
        Plaintiff(s)

vs.                     **CASE NUMBER: 3:22-cv-485 (TWD)**

**Commissioner of Social Security**
        Defendant(s)

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED: DECISION AND ORDER: ORDERED that Plaintiffs motion for judgment on the pleadings (Dkt. No. 12) is DENIED; and it is further ORDERED that the Commissioners motion for judgment on the pleadings (Dkt. No. 14) is GRANTED; and it is further ORDERED that the Commissioners decision denying Plaintiff benefits is AFFIRMED; and it is further ORDERED that Plaintiffs complaint (Dkt. No. 1) is DISMISSED and the Clerk of Court is directed to enter judgment and close the case.

All of the above pursuant to the order of the Honorable **Thérèse Wiley Dancks**, dated August 3, 2023.

DATED: August 3, 2023

Clerk of Court

                                    s/Kathy Rogers
                                    Deputy Clerk